## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ismael Cruz | CHAPTER 13 |
| Debtor(s) | |
| | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST | NO. 16-04965 HWV |
| Movant | |
| vs. | |
| | |
| Ismael Cruz | |
| Debtor(s) | 11 U.S.C. Section 362 |
| | |
| Jack N. Zaharopoulos | |
| Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: July 15, 2021           By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)