# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Ismael Cruz

Case No.: 5-16-04965MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Carrington |
| Court Claim Number: | 12 |
| Last Four of Loan Number: | 1709 |
| Property Address if applicable: | 388 Cedar Dr |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $18,417.75 |
| b. | Prepetition arrearages paid by the trustee: | $18,417.75 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $7,030.34 |
| f. | Postpetition arrearage paid by the trustee: | $7,030.34 |
| g. | Total b, d, and f: | $25,448.09 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: January 23, 2024

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Ismael Cruz

                          Case No.: 5-16-04965MJC

                          Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 23, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Lynn Feldman, Esquire
Feldman Law Offices, PC
2310 Walbert Ave, Suite 103
Allentown PA 18104-1360

**Served by First Class Mail**
Carrington Mortgage Services
1600 South Douglass Rd
Anaheim CA 92806

Ismael Cruz
388 Cedar Dr
Long Pond PA 18334-7722

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 23, 2024                 /s/  Liz Joyce
                                                Office of the Standing Chapter 13 Trustee
                                                Jack N. Zaharopoulos
                                                Suite A, 8125 Adams Dr.
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                email: info@pamd13trustee.com

## Disbursements for Claim

**Case:** 16-04965     **ISMAEL CRUZ**

**CARRINGTON MORTGAGE SERVICES**
1600 S DOUGLASS ROAD

ANAHEIM, CA   92806-

**Acct No:** #1709 postarrears Cedar Dr

07/21 1AP POST ARREARS CEDAR DR

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

|  |  |  |
|---|---|---|
| Debt: $7,030.34 | Interest Paid: $0.00 | |
| Amt Sched: $0.00 | Accrued Int: $0.00 | |
| Amt Due: $0.00 | Paid: $7,030.34 | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5210** | **CARRINGTON MORTGAGE SERVICES** | | | | | | | |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 09/19/2023 | 9017031 | $141.48 | $0.00 | $141.48 | 09/19/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 07/11/2023 | 9016664 | $88.06 | $0.00 | $88.06 | 07/11/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 06/13/2023 | 9016485 | $84.61 | $0.00 | $84.61 | 06/13/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 04/18/2023 | 2023597 | $84.60 | $0.00 | $84.60 | 04/26/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 03/15/2023 | 2022605 | $84.60 | $0.00 | $84.60 | 03/21/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 02/15/2023 | 2021592 | $84.61 | $0.00 | $84.61 | 02/22/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 01/18/2023 | 2020592 | $409.14 | $0.00 | $409.14 | 01/24/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2022 | 2018645 | $427.80 | $0.00 | $427.80 | 12/07/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 09/13/2022 | 2016572 | $451.26 | $0.00 | $451.26 | 09/20/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 08/17/2022 | 2015491 | $451.26 | $0.00 | $451.26 | 08/23/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 07/13/2022 | 2014462 | $419.98 | $0.00 | $419.98 | 07/19/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 06/14/2022 | 2013502 | $419.98 | $0.00 | $419.98 | 06/21/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 05/17/2022 | 2012428 | $419.98 | $0.00 | $419.98 | 05/23/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 03/16/2022 | 2010358 | $419.98 | $0.00 | $419.98 | 03/22/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 02/16/2022 | 2009393 | $419.98 | $0.00 | $419.98 | 02/23/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2022 | 2008384 | $419.98 | $0.00 | $419.98 | 01/25/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 12/15/2021 | 2007367 | $419.98 | $0.00 | $419.98 | 12/22/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2021 | 2006339 | $419.98 | $0.00 | $419.98 | 11/23/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 10/14/2021 | 2005294 | $432.40 | $0.00 | $432.40 | 10/19/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 09/14/2021 | 2004299 | $432.40 | $0.00 | $432.40 | 09/20/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 08/18/2021 | 2003238 | $498.28 | $0.00 | $498.28 | 08/24/2021 |
| | | | | **Sub-totals:** | **$7,030.34** | **$0.00** | **$7,030.34** | |
| | | | | **Grand Total:** | **$7,030.34** | **$0.00** | | |

# Disbursements for Claim

**Case:** 16-04965   **ISMAEL CRUZ**

**CARRINGTON MORTGAGE SERVICES**
1600 S DOUGLASS ROAD

ANAHEIM, CA   92806-

Acct No: 1709/PRE ARREARS/388 CED,

Sequence: 24
Modify:
Filed Date: 4/3/2017  12:00:00AM
Hold Code:

|  |  | Debt: | $18,417.75 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $112,194.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $18,417.75 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **CARRINGTON MORTGAGE SERVICES** |  |  |  |  |  |  |  |
| 520-0 | CARRINGTON MORTGAGE SERVICES |  | 09/19/2023 | 9017031 | $370.65 | $0.00 | $370.65 | 09/19/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES |  | 07/11/2023 | 9016664 | $230.70 | $0.00 | $230.70 | 07/11/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES |  | 06/13/2023 | 9016485 | $221.63 | $0.00 | $221.63 | 06/13/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES |  | 04/18/2023 | 2023597 | $221.65 | $0.00 | $221.65 | 04/26/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES |  | 03/15/2023 | 2022605 | $221.64 | $0.00 | $221.64 | 03/21/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES |  | 02/15/2023 | 2021592 | $233.68 | $0.00 | $233.68 | 02/22/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES |  | 06/16/2021 | 2001235 | $365.45 | $0.00 | $365.45 | 06/22/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES |  | 05/18/2021 | 2000210 | $707.58 | $0.00 | $707.58 | 06/10/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES |  | 03/17/2021 | 1227821 | $353.78 | $0.00 | $353.78 | 03/24/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES |  | 01/19/2021 | 1225800 | $1,061.37 | $0.00 | $1,061.37 | 01/28/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES |  | 12/10/2020 | 1223997 | $707.57 | $0.00 | $707.57 | 12/18/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES |  | 10/15/2020 | 1222260 | $349.90 | $0.00 | $349.90 | 10/23/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES |  | 09/17/2020 | 1221212 | $349.90 | $0.00 | $349.90 | 09/25/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES |  | 07/07/2020 | 1219099 | $699.80 | $0.00 | $699.80 | 07/14/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 06/02/2020 | 1218108 | $349.90 | $0.00 | $349.90 | 06/10/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/14/2020 | 1215983 | $362.73 | $0.00 | $362.73 | 04/20/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/12/2020 | 1214674 | $362.73 | $0.00 | $362.73 | 03/18/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 02/13/2020 | 1213360 | $362.73 | $0.00 | $362.73 | 02/20/2020 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 12/12/2019 | 1211027 | $709.08 | $0.00 | $709.08 | 12/18/2019 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 10/10/2019 | 1208605 | $370.48 | $0.00 | $370.48 | 10/16/2019 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 09/26/2019 | 1207366 | $724.27 | $0.00 | $724.27 | 10/02/2019 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 08/07/2019 | 1205913 | $353.77 | $0.00 | $353.77 | 08/14/2019 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 06/06/2019 | 1203159 | $353.77 | $0.00 | $353.77 | 06/13/2019 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 05/09/2019 | 1201863 | $353.77 | $0.00 | $353.77 | 05/14/2019 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 04/11/2019 | 1200505 | $707.55 | $0.00 | $707.55 | 04/17/2019 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 03/12/2019 | 1199163 | $353.77 | $0.00 | $353.77 | 03/18/2019 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 01/10/2019 | 1196775 | $353.77 | $0.00 | $353.77 | 01/16/2019 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 12/13/2018 | 1195379 | $353.78 | $0.00 | $353.78 | 12/19/2018 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 10/10/2018 | 1192618 | $355.28 | $0.00 | $355.28 | 10/17/2018 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 08/09/2018 | 1189988 | $710.60 | $0.00 | $710.60 | 08/15/2018 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 07/12/2018 | 1188593 | $355.29 | $0.00 | $355.29 | 07/18/2018 |
| | | | | | | | Payment for 7/2018 | |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 06/07/2018 | 1187244 | $355.30 | $0.00 | $355.30 | 06/14/2018 |
| | | | | | | | Payment for 6/2018 | |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 05/15/2018 | 1185889 | $355.29 | $0.00 | $355.29 | 05/21/2018 |
| | | | | | | | Payment for 5/2018 | |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 04/03/2018 | 1182800 | $355.29 | $0.00 | $355.29 | 04/09/2018 |
| | | | | | | | Payment for 2/2018 | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 03/08/2018 | 1181447 | $355.29 | $0.00 | $355.29 | 03/14/2018 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 02/08/2018 | 1180092 | $355.30 | $0.00 | $355.30 | 02/13/2018 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 01/11/2018 | 1178689 | $355.29 | $0.00 | $355.29 | 01/18/2018 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 12/05/2017 | 1177287 | $355.30 | $0.00 | $355.30 | 12/11/2017 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 11/08/2017 | 1175890 | $355.28 | $0.00 | $355.28 | 11/14/2017 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 09/19/2017 | 1173255 | $713.63 | $0.00 | $713.63 | 09/25/2017 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 08/10/2017 | 1171715 | $356.82 | $0.00 | $356.82 | 08/15/2017 |
| 520-0 | JP MORGAN CHASE BANK, N.A. | | 07/06/2017 | 1170262 | $916.39 | $0.00 | $916.39 | 07/12/2017 |
| | | | | Sub-totals: | $18,417.75 | $0.00 | $18,417.75 | |
| | | | | Grand Total: | $18,417.75 | $0.00 | | |