United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 16-04965-MJC
Ismael Cruz  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Feb 15, 2024      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ismael Cruz, 388 Cedar Dr, Long Pond, PA 18334-7722 |
| 4863097 | + | ARMS, 2727 Philmont Ave Ste 100, Huntingdon Valley, PA 19006-5318 |
| 4863096 | + | American Medical Collection, 2269 Saw Mill River Rd, Elmsford, NY 10523-3814 |
| 4863094 | | Cruz Ismael, 388 Cedar Dr, Long Pond, PA 18334-7722 |
| 4863100 | | Emerald Lake Association, 1112 Glade Dr, Long Pond, PA 18334-7904 |
| 4863107 | | Midland Funding LLC, c/o Hayt, Hyat & Landau, 123 S Broad St Ste 1660, Philadelphia, PA 19109-1003 |
| 4863112 | | St Lukes Physician Group, PO Box 8500 Box 4096, Philadelphia, PA 19178-8500 |
| 4863113 | | St Lukes University Health Network, 801 Ostrum St, Bethlehem, PA 18015-1000 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 15 2024 18:43:00 | Carrington Wilmington, 1600 S. DOUGLASS RD., Anaheim, CA 92806 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 15 2024 18:44:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 4864893 | + | EDI: PHINAMERI.COM | Feb 15 2024 23:43:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 4893389 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2024 18:54:41 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5293354 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 15 2024 18:43:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, et al., C/O Carrington Mortgage Services, LLC, P.O. Box 5001, Westfield, IN 46074 |
| 5293355 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 15 2024 18:43:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, et al., C/O Carrington Mortgage Services, LLC, P.O. Box 5001, Westfield, IN 46074, WILMINGTON SAVINGS FUND SOCIETY, FSB, et, C/O Carrington Mortgage Services, LLC |
| 4863098 | | Email/Text: bankruptcy@cavps.com | Feb 15 2024 18:44:00 | Cavalry Portfolio Services LLC, PO Box 27288, Tempe, AZ 85285-7288 |
| 4891418 | + | Email/Text: bankruptcy@cavps.com | Feb 15 2024 18:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4863102 | | Email/Text: bknotice@ercbpo.com | Feb 15 2024 18:44:00 | ERC, PO Box 23870 Box 23870, Jacksonville, FL 32241-3870 |
| 4863101 | | Email/Text: bknotice@ercbpo.com | Feb 15 2024 18:44:00 | Enhanced Recovery Corp, 8014 Bayberry Rd, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Jacksonville, FL 32256-7412 |
| 4863103 | ^ | MEBN | Feb 15 2024 18:41:21 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 4863104 | | EDI: PHINAMERI.COM | Feb 15 2024 23:43:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 4908322 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 15 2024 18:54:41 | HUD, 451 7TH STREET SW, Washington, DC 20410-0001 |
| 4905151 | | EDI: JPMORGANCHASE | Feb 15 2024 23:42:00 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 4863105 | | EDI: JPMORGANCHASE | Feb 15 2024 23:42:00 | Jp Morgan Chase Bank, c/o, 3415 Vision Dr, Columbus, OH 43219-6009 |
| 4863106 | ^ | MEBN | Feb 15 2024 18:41:22 | KML Law Group, 701 Market St, Ste 5000-BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 4863099 | | Email/Text: govtaudits@labcorp.com | Feb 15 2024 18:43:00 | Dianon Systems, PO Box 2240 box 2240, Burlington, NC 27216-2240 |
| 4871844 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 15 2024 18:44:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4863109 | | Email/Text: bankruptcies@penncredit.com | Feb 15 2024 18:43:00 | Penn Credit Corp, PO Box 988 916 S 14th St., Harrisburg, PA 17108-0988 |
| 4863111 | | Email/Text: enotifications@santanderconsumerusa.com | Feb 15 2024 18:44:00 | Santander Consumer, PO Box 961245, Fort Worth, TX 76161-0244 |
| 4870485 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 15 2024 18:44:00 | Santander Consumer USA, PO BOX 560284, Dallas, Texas 75356-0284 |
| 4863114 | | EDI: SYNC | Feb 15 2024 23:42:00 | Syncb/Sams Club, Box 965005, Orlando, FL 32896-5005 |
| 4887874 | + | Email/Text: bncmail@w-legal.com | Feb 15 2024 18:44:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4863115 | + | EDI: WTRRNBANK.COM | Feb 15 2024 23:43:00 | TD Bank USA/Target Credit, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 4864030 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 15 2024 18:54:41 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 4863116 | | EDI: VERIZONCOMB.COM | Feb 15 2024 23:42:00 | Verizon Pa, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 4865662 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 4863095 | ## | Feldman Law Offices PC, 221 N Cedar Crest Blvd, Allentown, PA 18104-4603 |
| 4863108 | ## | Peerless Credit Services, PO Box 518, Middletown, PA 17057-0518 |
| 4863110 | ## | Portfolio Recovery Assoc., 287 Independence Blvd, Virginia Beach, VA 23462-2962 |

TOTAL: 1 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST bkgroup@kmllawgroup.com |
| Lynn E Feldman | on behalf of Debtor 1 Ismael Cruz feldmanfiling@rcn.com |
| Lynn E Feldman | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST feldmanfiling@rcn.com |
| Michael Patrick Farrington | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ismael Cruz<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5193<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:16–bk–04965–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Ismael Cruz

<u>2/15/24</u>

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                  **Chapter 13 Discharge**                 page 2